| | | | | |
|---|---|---|---|---|
| State v. Harden | 105,659 | Denied | 08/19/13 | Unpublished |
| State v. Hare | 106,835 | Denied | 08/23/13 | Unpublished |
| State v. Harper | 108,050 | Denied | 08/30/13 | Unpublished |
| State v. Harris | 107,445 | | | |
| | 107,446 | Denied | 08/23/13 | Unpublished |
| State v. Harris | 107,465 | Denied | 09/04/13 | Unpublished |
| State v. Hartung | 106,530 | Denied | 09/04/13 | Unpublished |
| State v. Hass | 107,690 | Denied | 08/19/13 | Unpublished |
| State v. Haugland | 105,218 | Denied | 05/20/13 | Unpublished |
| State v. Hausmann | 106,756 | Denied | 04/08/13 | Unpublished |
| State v. Herndon | 107,064 | Denied | 08/19/13 | Unpublished |
| State v. Herrera | 107,125 | Denied | 08/19/13 | Unpublished |
| State v. Hill | 106,026 | Denied | 07/19/13 | Unpublished |
| State v. Hinojos | 107,499 | | | |
| | 107,500 | Denied | 08/19/13 | Unpublished |
| State v. Hoffman | 107,937 | Denied | 08/29/13 | Unpublished |
| State v. Hogan | 106,220 | Denied | 09/04/13 | Unpublished |
| State v. Holder | 106,479 | Denied | 08/19/13 | Unpublished |
| State v. Holloway | 106,765 | Denied | 08/19/13 | Unpublished |
| State v. Holt | 106,711 | Denied | 08/19/13 | Unpublished |
| State v. Hooper | 105,618 | Denied | 04/08/13 | Unpublished |
| State v. Hostetter | 104,308 | Denied | 08/19/13 | Unpublished |
| State v. Howard | 106,304 | Denied | 08/29/13 | Unpublished |
| State v. Hufford | 106,018 | Denied | 06/14/13 | Unpublished |
| State v. Hughes | 107,537 | Denied | 06/14/13 | Unpublished |
| State v. Hunt | 106,296 | Denied | 08/29/13 | Unpublished |
| State v. Hunter | 107,176 | Denied | 08/19/13 | Unpublished |
| State v. Ise | 107,185 | Denied | 08/19/13 | Unpublished |
| State v. Ivy | 106,755 | Denied | 08/19/13 | Unpublished |
| State v. J.D.H. | 107,916 | Denied | 08/15/13 | 48 Kan. App. 2d 454 |
| State v. Jackson | 105,088 | Denied | 05/20/13 | Unpublished |
| State v. Jackson | 106,461 | Denied | 09/04/13 | Unpublished |
| State v. Jackson | 107,358 | Denied | 08/30/13 | Unpublished |
| State v. Jackson | 107,757 | Denied | 06/14/13 | Unpublished |
| State v. Jenkins | 104,671 | Denied | 04/08/13 | Unpublished |
| State v. Jenkins | 106,485 | Denied | 08/23/13 | Unpublished |
| State v. Johnson | 106,831 | Denied | 08/23/13 | Unpublished |
| State v. Johnson | 107,955 | Denied | 08/29/13 | Unpublished |
| State v. Jones | 104,516 | Granted; summarily reversed; remanded to Ct. of App. | 05/20/13 | Unpublished |
| State v. Jones | 104,935 | Denied | 05/20/13 | 47 Kan. App. 2d 109 |
| State v. Jones | 106,236 | Denied | 08/19/13 | Unpublished |
| State v. Jones | 106,431 | Denied | 09/04/13 | Unpublished |